NORTH PLAINFIELD STATE BANK, A BANKING CORP. OF THE STATE OF NEW JERSEY v. BARA INDUSTRIES CORP., A NEW JERSEY CORPORATION, AND DANIEL N. CASSARO ET AL.

June 26, 1979.   ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Appellate Division for consideration of the appeal on the merits.

KALEEL GAREEB, M.D.

v.

NEWTON MEMORIAL HOSPITAL.

June 26, 1979.   ORDERED that the motion for reconsideration is granted (see 75 *N.J.* 518 (1977)); and it is further ORDERED that the petition for certification is granted and the matter is remanded to defendant Newton Memorial Hospital for further administrative proceedings consistent with this Court's opinion in *Garrow v. Elizabeth General Hospital*, 79 *N.J.* 549 (1979).

Jurisdiction is not retained.